**SO ORDERED**

**SIGNED this 29 day of July, 2026.**

Pamela W. McAfee
United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **In re**<br>**FAMILY SOLUTIONS OF OHIO, INC.**<br><br>**Debtor.** | **Case No: 24-03043-5-PWM**<br>**Chapter 11** |
| **GEORGE F. SANDERSON, III, as Chapter 11 Trustee for FAMILY SOLUTIONS OF OHIO, INC.**<br>**Plaintiff,**<br><br>**v.**<br><br>**LIBERTAS FUNDING, LLC,**<br><br>**Defendant.** | **Adversary Proceeding No:**<br>**26-00024-5-PWM** |

## DEFAULT JUDGMENT

WHEREAS, Libertas Funding, LLC ("Defendant"), having failed to answer or otherwise plead or defend in this action, and default having been entered pursuant to Rule 55(a) of the Federal

Rules of Civil Procedure, and upon Motion of Plaintiff for Entry of Default and Default Judgment, (the “Motion”) and based upon the pleadings and Motion, the Court FINDS AS FACT that the Defendant is not an infant, incompetent person, in the military service, or otherwise under legal disability.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That the Motion is GRANTED, and that Plaintiff is entitled to Judgment against Defendant as prayed in the Complaint.

2. Default is hereby entered against the Defendant, Libertas Funding, LLC.

3. The Transfers described and defined in the Complaint in the amount of $76,091.32 are AVOIDED pursuant to 11 U.S.C. § 547, the Plaintiff shall recover the value of the Pre-Petition Transfers pursuant to 11 U.S.C. § 550; and the Pre-Petition Transfers are preserved for the benefit of the bankruptcy estate.

4. Final Judgment is hereby entered in favor of the Plaintiff and against the Defendant, Libertas Funding, LLC, in the total sum of $76,091.32, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, plus interest at the applicable federal judgment rate.

**END OF DOCUMENT**